# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KEN A. RONNE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. C20-5647-MLP<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the case be remanded to a different ALJ, who will give Plaintiff the opportunity for a *de novo* hearing. The ALJ will reevaluate the opinion evidence and will reconsider the residual functional capacity. If warranted, the ALJ will obtain vocational expert evidence.

The parties agree that reasonable attorney fees may be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 28th day of May, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Edmund Darcher
EDMUND DARCHER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3703
Fax: (206) 615-2531
edmund.darcher@ssa.gov